1  DAVID C. ALLEN (SBN 190479)
   *david.allen@btlaw.com*
2  KELLEY S. OLAH (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   *gathompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:   (310) 284-3880
6  Facsimile:   (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. (n/k/a Medical Device
8  Business Services, Inc."); DEPUY SYNTHES, INC.
   (erroneously sued as "DePuy, Inc."); JOHNSON &
9  JOHNSON; JOHNSON & JOHNSON SERVICES, INC.;
   JOHNSON & JOHNSON INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WARD AND ALAN LIEBOWITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL, <br><br> Defendant(s) | Case No. CV17-06558- HSG <br><br> **[PROPOSED]** ORDER RE STIPULATION TO STAY ALL PROCEEDINGS <br><br><br> Complaint Filed: November 13, 2017 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiffs JOAN WARD and ALAN LIEBOWITZ and Defendants DEPUY ORTHOPAEDICS, INC. (n/k/a MEDICAL DEVICE BUSINESS SERVICES INC.), DEPUY SYNTHES, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents,

files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2017

UNITED STATES DISTRICT JUDGE